**Order filed August 4, 2015**



In The

# Fourteenth Court of Appeals

—————————

## NO. 14-15-00345-CR

—————————

### NAYAJAH NIYA DAVIS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 262nd District Court
Harris County, Texas
Trial Court Cause No. 1412475**

## ORDER

The reporter's record in this case was due July 17, 2015. *See* Tex. R. App. P. 35.1. On April 21, 2015, a partial reporter's record was filed. On July 10, 2015, the court reporter filed notice that appellant has made a partial payment for the record. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Mattie Kimble, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM